UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | NO:  WA:07-CR-00020(1)-ADA |
| | § | |
| (1) NATHANIEL LYNN GUERRA | § | |

### ORDER ACCEPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Before the court is the above styled and numbered cause. On November 11, 2023 the United States Probation Office filed a Petition For Warrant or Summons For Offender Under Supervision for Defendant (1) NATHANIEL LYNN GUERRA, which alleged that Guerra violated a condition of his supervised release and recommended that Guerra's supervised release be revoked (Clerk's Document No. 398). A warrant issued and Guerra was arrested. On March 21, 2025, Guerra appeared before a United States Magistrate Judge, was ordered detained, and a revocation of supervised release hearing was set.

Guerra appeared before the magistrate judge on April 15, 2025, waived his right to a preliminary hearing and to be present before the United States District Judge at the time of modification of sentence, and consented to allocution before the magistrate judge. Following the hearing, the magistrate judge signed his report and recommendation on April 16, 2025, which provides that having carefully considered all of the arguments and evidence presented by the Government and Defendant, based on the original offense and

the intervening conduct of Guerra, the magistrate judge recommends that this court revoke Guerra supervised release and that Guerra be sentenced to imprisonment for SEVEN (7) months, with no term supervised release to follow the term of imprisonment (Clerk's Document No. 420). The defendant should receive credit for time served in federal custody, if applicable, as determined by the Bureau of Prisons.

A party may serve and file specific, written objections to the proposed findings and recommendations of a magistrate judge within fourteen days after being served with a copy of the report and recommendation, and thereby secure a *de novo* review by the district court. *See* 28 U.S.C.§ 636(b); Fed. R. Civ. P. 72(b). A party's failure to timely file written objections to the proposed findings, conclusions, and recommendation in a report and recommendation bars that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court. *Douglass v. United Services Auto Ass 'n,* 79 F.3d 1415 (5th Cir. 1996) *(en banc).* The parties in this cause were properly notified of the consequences of a failure to file objections.

On April 15, 2025, following the hearing on the motion to revoke supervised release, all parties signed a Waiver Of Fourteen Day Rule For Filing Objections To Report and Recommendation Of United States Magistrate Judge (Clerk's Document No. 419). The court, having reviewed the entire record and finding no plain error, accepts and adopts the report and recommendation filed in this cause.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of the United States Magistrate Judge filed in this cause (Clerk's Document No. 420 ) is hereby ACCEPTED AND ADOPTED by this court.

**IT IS FURTHER ORDERED** that Defendant (1) NATHANIEL LYNN GUERRA's term of supervised release is hereby REVOKED.

**IT IS FURTHER ORDERED** that Defendant (1) NATHANIEL LYNN GUERRA be imprisoned for SEVEN (7) months with no term of supervised release. The defendant should receive credit for time served in federal custody, if applicable, as determined by the Bureau of Prisons.

Signed this 17th day of April, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE